IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JACK MICHAEL BRANCH,**
     **Plaintiff,**

**vs.**                **CASE NO.: 5:08cv26/SPM/MD**

**CANDY VANDERCAR,**
     **Defendant.**

_____

## REPORT AND RECOMMENDATION

      Plaintiff commenced this action in January of 2008 by filing a civil rights complaint.  (Doc. 1).  On February 8, 2008 this court entered an order requiring plaintiff to submit, within thirty days, an amended complaint and either the filing fee or a motion to proceed *in forma pauperis*.  (Doc. 3) Thereafter, plaintiff was granted an extension of time, until March 28, 2008, in which to comply.  (Doc. 5).  After receiving no response from plaintiff, the court issued an order on April 21, 2008 directing plaintiff to show cause, within twenty (20) days, why this case should not be dismissed for failure to comply with an order of the court. (Doc. 6).  Over twenty days have elapsed, and plaintiff has failed to respond or explain his inability to do so.

      Accordingly, it is respectfully RECOMMENDED:

      That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court, and the clerk be directed to close the file.

      At Pensacola, Florida, this 9th day of June, 2008.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).