IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACK MICHAEL BRANCH,
    Plaintiff,

vs.                                CASE NO. 5:08cv26-SPM/MD

CANDY VANDERCAR,
    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated June 9, 2008 (doc. 7). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc.7) is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice for Plaintiff's failure to comply with a court order. The clerk shall close this case.

DONE AND ORDERED this 10th day of July, 2008.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge